UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHRISTIAN CALDERON,<br><br>　　　　　Petitioner,<br><br>　　　　v.<br><br>KEVIN HIXON, Warden,<br><br>　　　　　Respondent. | Case No. CV 24-08206-DMG (JDE)<br><br>JUDGMENT |

　　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　　IT IS ADJUDGED that the operative Petition is DENIED and this action is dismissed with prejudice.

DATED: November 4, 2025

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　Chief United States District Judge